

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 10, 2021**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    TINA LYNETTE FORD,                           CASE NO. 04-51564-KMS

    DEBTOR.                                               CHAPTER 13

## ORDER GRANTING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

On March 9, 2021, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. #19) was filed by the Claimant, Tina Lynette Sanford, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The Application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $973.87 held in unclaimed funds be made payable to Tina Lynette Sanford and be disbursed to the payee at the following address: 978 Hwy 590 East, Seminary, MS 39479. The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##